UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON MOULTRIE, | ) | Case No. CV 09-4456-SVW(RC) |
| | ) | |
|         Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| SECRETARY OF THE ARMY, | ) | |
| | ) | |
|         Respondent. | ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: July 7, 2010

                                    STEPHEN V. WILSON
                                  UNITED STATES DISTRICT JUDGE

R&Rs\09-4456.jud
4/29/10